# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-864
Lower Tribunal No. 18-23404

————————

**Caner Turgut Akgok,**
Appellant,

vs.

**Luis Villani, M.D., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Bartenhagen Law, PLLC, and Erik P. Bartenhagen (Ft. Lauderdale); Yeboah Law Group, PA, Samuel Yeboah, and Nathan Saunders (Ft. Lauderdale), for appellant.

Burt E. Redlus, P.A., and Burt E. Redlus; Law Office of John D. Kelner, and John D. Kelner (Davie); Wicker, Smith, O'Hara, McCoy & Ford, P.A., Leslie A. McCormick, and Jessica L. Gross, for appellees.

Before FERNANDEZ, C.J., and HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.